■ In the Matter of PATCHOGUE-MEDFORD CONGRESS OF TEACHERS, Appellant, v BOARD OF EDUCATION OF THE PATCHOGUE-MEDFORD UNION FREE SCHOOL DISTRICT, Respondent. [682 NYS2d 903] —Appeal by the petitioner Patchogue-Medford Congress of Teachers from a judgment of the Supreme Court, Suffolk County (Lifson, J.), entered December 8, 1997.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Lifson in a memorandum decision dated September 29, 1997, at the Supreme Court. Santucci, J. P., Altman, Friedmann and McGinity, JJ., concur.